UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE C. MENDOZA,<br><br>    Plaintiff,<br><br>    v.<br><br>MACY'S INC.,<br><br>    Defendant. | No. 1:19-cv-01156-DAD-SKO<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(Doc. 10) |

    Plaintiff, proceeding pro se and in forma pauperis, filed this case on August 23, 2019. (Doc. 1.) The Court screened Plaintiff's complaint on September 20, 2019 and allowed Plaintiff twenty-one days to file an amended complaint. (Doc. 4.) On December 27, 2019, following an order to show cause and Plaintiff's response, (Docs. 7, 8), the Court granted Plaintiff an extension of time to file her amended complaint until January 27, 2020. (*See* Doc. 9.) On January 31, 2020, Plaintiff filed a motion for a further extension of time, stating that she needs "more time to show hard copy of the treatment [she] experienced at Macy's[.]" (Doc. 10.)

    Due to Plaintiff's pro se status, the Court finds good cause and will allow Plaintiff an additional extension of time to file her amended complaint. The Court also finds excusable neglect

under Rule 6(b) to justify Plaintiff's untimely request for an extension, **but Plaintiff is ADMONISHED that all future requests shall be made in advance of the filing deadline, and any future untimely requests may be denied on that basis.**

Accordingly, IT IS ORDERED:

1. Plaintiff's motion for an extension of time, (Doc. 10), is GRANTED.

2. Plaintiff SHALL file an amended complaint or a notice of voluntary dismissal by no later than **April 6, 2020.**

IT IS SO ORDERED.

Dated: **February 5, 2020**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE